CATHERINE SIINO, as Administratrix, etc., of SALVATORE SIINO, Deceased, Respondent, v. MARY A. SESSA, Appellant.— Judgment unanimously affirmed, with costs. We think the evidence presented a question of fact for the jury as to the negligence of defendant's chauffeur and the alleged contributory negligence of the fourteen-year old decedent. We are also of opinion that the ruling of the learned trial justice upon the request to charge, claimed to present reversible error, was proper under *Knapp* v. *Barrett* (216 N. Y. 226). Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

GRACE E. TEITELBAUM, Respondent, v. ABRAHAM TEITELBAUM, an Infant, by ISAAC TEITELBAUM, His Guardian ad Litem, Appellant.— Order granting plaintiff's motion for alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

NORMAN S. TONKONOW, Appellant, v. JAMES BUTLER, INC., Respondent. JAMES DOW and TERESA DOW, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

W. & H. COFFEE POT CORPORATION, Respondent, v. ALEX DAY, Individually and as President, etc., and Others, Appellants.— Order granting injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

HENRY S. HOTALING, Respondent, v. A. B. LEACH & Co., INC., and ARTHUR B. LEACH, Appellants.— Application granted.

HENRY H. AYERS and Another, Respondents, v. FLORENCE B. RUSSELL and Others, Respondents. JOHN L. ROBINSON, Purchaser, Appellant.—Motion granted, and case restored to the November, 1926, calendar. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

PAUCHOGUE LAND CORPORATION, Respondent, v. LONG ISLAND STATE PARK COMMISSION and Others, Appellants.— The judgment in this case having been vacated, the motion to dismiss the appeal from the judgment is dismissed, without costs, and the motion for a stay of proceedings is likewise dismissed. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK TERMINE, Appellant.— Motion to open default granted on condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.